# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>BAY WEST KAILUA BAY, L.L.C.,<br><br>    Debtor. | CIVIL NO. 12-00658-LEK-RLP<br>U.S. Bankruptcy Court-Hawaii<br>Case no. 11-03124 |

## ORDER ADOPTING BANKRUPTCY JUDGE'S
## <u>FINDINGS OF FACT AND CONCLUSIONS OF LAW</u>

Recommended Findings of Fact and Conclusions of Law having been filed on November 15, 2012, and served on all parties on November 17, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the

Case 1:12-cv-00658-LEK-RLP Document 3 Filed 12/28/12 Page 2 of 2 PageID #: 72

Proposed Findings of Fact and Conclusions of Law are adopted as the opinion and order of this Court.

DATED AT HONOLULU, HAWAII, December 28, 2012.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge